UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTEPLAST GROUP, LTD., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:08-CV-01413-CAS ) |
| COROPLAST, INC., | ) ) ) |
| Defendant. | ) |

# *DEFENDANT COROPLAST'S MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS INVOLVING U.S. PATENT NO. 6,759,114*

Defendant Coroplast, Inc. by and through its counsel of record hereby moves the Court for entry of an order staying all proceedings in the above-captioned case pending resolution of a Request for Reexamination of U.S. Patent No. 6,759,114 (the '114 Patent) filed with the U.S. Patent & Trademark Office on May 15, 2009. The Motion is made on the grounds that a stay will simplify the issues at trial (if not resolve the case in its entirety), will allow for the most efficient use of the time and resources of the parties and the Court, and will not prejudice Plaintiff because discovery in this matter has just begun and any proven damage suffered as a result of the delay can be fully and fairly compensated if the '114 Patent survives reexamination, and if Plaintiff is successful in proving that its patent is valid, enforceable, and infringed at trial.

This Motion is supported by Coroplast's accompanying Memorandum and any other arguments or evidence properly presented to the Court prior to or at any hearing on this Motion.

{00504156.DOC;1}

/s/ Marc T. Rasich
Marc T. Rasich, Utah #, 174683
Matthew D. Thayne, Utah #, 09424
STOEL RIVES LLP
Attorney for Defendant
201 S. Main St., Suite 1100
Salt Lake City, UT 84111
(801) 328-3131
(801) 578-6999 (Fax)

/s/Jessica L. Liss
Jessica L. Liss   #51331
Federal Registration # 93685
RABBITT, PITZER & SNODGRASS, P.C.
Attorney for Defendant
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 27th day of May, 2009 to be served by operation of the Court's electronic filing system upon the following: Mr. David W. Harlan and Mr. B. Scott Eidson, Attorneys for Plaintiff, 100 N. Broadway, 17th Floor, St. Louis, Missouri 63102.

/s/ Jessica L. Liss

{00504156.DOC;1}