**SO ORDERED**

*[signature] Charles A. Shaw*

*9/28/2011*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTEPLAST GROUP LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08-CV-01413-CAS |
| | ) |
| COROPLAST, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Inteplast Group Ltd. and Defendant Coroplast, Inc. hereby stipulate to dismissal of this action and all claims asserted herein with prejudice, each party to bear its own costs.

By: /s/ B. Scott Eidson
David W. Harlan, #20127
B. Scott Eidson, #57757MO
Richard L. Brophy, #59731MO
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
dharlan@armstrongteasdale.com
seidson@armstrongteasdale.com
rbrophy@armstrongteasdale.com

*Attorneys for Plaintiff Inteplast Group, Ltd.*

By: /s/ Matthew D. Thayne
STOEL RIVES LLP
Marc T. Rasich (*pro hac vice*)
Matthew D. Thayne (*pro hac vice*)
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999
mtrasich@stoel.com
kblaurence@stoel.com

PITZER SNODGRASS, P.C.
Jessica L. Liss, #93685
100 S. Fourth Street, Suite 400
Saint Louis, Missouri 63102-1821
Telephone: (314) 421-5545
Facsimile: (314) 421-3144
liss@rpslaw.com

*Attorneys for Defendant Coroplast, Inc.*